**2014–1667. Mobile Park of Am., L.L.C. v. Lake Cty. Bd. of Revision.**

Board of Tax Appeals, No. 2012–2372. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the joint motion of all parties for remand to the Ohio Board of Tax Appeals, it is ordered by the court that the cause is remanded to the Board of Tax Appeals to take further

action as appropriate.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.